O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5977 AHM (FFMx) | Date | September 20. 2010 |
|---|---|---|---|
| Title | LARRY FAMMILOP, *et al.* v. WELLS FARGO BANK, N.A., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys NOT Present for Plaintiffs:          Attorneys NOT Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On March 15, 2010, Plaintiffs Larry Fammilop and Faustina Kayode ("Plaintiffs") filed a complaint in state court against Wells Fargo Bank, N.A. ("Wells Fargo"), and U.S. Bank National Association as a Trustee for Citi Group Mortgage Loan Trust. The Complaint alleges six causes of action, including for quiet title, cancellation of the trust deed and cancellation arising out of the December 2009 foreclosure of their property. Complaint ¶ 19. Defendants removed the case to this court on August 11, 2010, and on August 18, 2010, Wells Fargo filed its motion to dismiss[1] the Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Plaintiffs have failed to oppose the motion to dismiss. Wells Fargo subsequently filed a reply[2] pointing out the non-opposition of its motion by the Plaintiffs. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7–12. In addition, the motion appears meritorious on its face. Among other things, Plaintiffs' complaint lacks specific factual allegations to support the causes of action alleged. Accordingly, the Court GRANTS Defendants' motion to dismiss with leave to amend. In considering whether to amend the defective complaint, Plaintiffs should carefully evaluate the points and arguments that Defendants made in their motion. Plaintiffs must file any amended

/ /

---

[1] Docket No. 7.

[2] Docket No. 9.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5977 AHM (FFMx) | Date | September 20. 2010 |
|---|---|---|---|
| Title | LARRY FAMMILOP, *et al.* v. WELLS FARGO BANK, N.A., *et al.* | | |

complaint on or before October 14, 2010. Failure to file an amended complaint by this date will result in dismissal with prejudice.

     No hearing is required. Fed. R. Civ. P. 78; Local Rule 7-15.

                                                                                                          :

                              Initials of Preparer                SMO