O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-5977 AHM (FFMx) | Date | November 23, 2010 |
|---|---|---|---|
| Title | LARRY FAMMILOP, *et al*. v. WELLS FARGO BANK, N.A., *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys NOT Present for Plaintiffs:          Attorneys NOT Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The following is a brief procedural history of the recent attempts to serve Plaintiffs Faustine I Kayode ("Kayode") and Larry Fammilop ("Fammilop) with various documents related to this action.

On October 26, 2010, the Court vacated the parties' scheduling conference pending submission of Defendants' Answer to Plaintiffs' First Amended Complaint.[1]  On the same day, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint.[2]  Both the Court and Defendants served notice on the Plaintiffs by first class mail at the address provided to the Court by Plaintiffs.  *See* Dkt. 16, Exh. 1, Proof of Service.  *See also* Dkt. 18 & 19.  On November 8, 2010, the Court received notice that mail sent to both Plaintiff Kayode and Plaintiff Fammilop was undeliverable and returned.[3]  Deputy Clerk Stephen Montes attempted to contact Plaintiffs by telephone, and while he left several voicemails, received no response.

//
//
//
//

---

[1]Dkt. 15.

[2]Dkt. 16.

[3]Dkt. 18 & 19.

O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5977 AHM (FFMx) | Date | November 23, 2010 |
|---|---|---|---|
| Title | LARRY FAMMILOP, *et al*. v. WELLS FARGO BANK, N.A., *et al*. | | |

 

 

Therefore, Plaintiffs are hereby ORDERED TO SHOW CAUSE <u>by</u> <u>no</u> <u>later</u> <u>than</u> <u>10</u> <u>AM</u> <u>on</u> <u>Monday,</u> <u>November</u> <u>29,</u> <u>2010</u>, why this case should not be dismissed for non-prosecution and for failure to comply with Local Rule 41-6 requiring pro se litigants to keep the Court and opposing parties apprised of their current address and telephone number.

|  |  | : |  |
|---|---|---|---|
| Initials of Preparer |  | | SMO |