Edward D. Vaisbort, Esq. (SBN 136668)
vaisbort@litchfieldcavo.com
Edward C. Hsu, Esq. (SBN 239296)
hsu@litchfieldcavo.com
LITCHFIELD CAVO LLP
245 South Los Robles Avenue
Suite 450
Pasadena, CA  91101
Tel:  (626) 683-1100
Fax:  (626) 683-1113

Attorneys for Defendants
WELLS FARGO BANK, N.A., *erroneously sued as* WELLS FARGO BANK, NA; *and* U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE4, *erroneously sued as* US BANK NATIONAL ASSOCIATION as trustee for CITI GROUP MORTGAGE

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FAMMILOP, FAUSTINA I KAYODE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK,NA, US BANK NATIONAL ASSOCIATION, as trustee for CITI GROUP MORTGAGE, all persons unknown claiming to have legal, equitable, lien and estate against 149 West 62nd Street, Los Angeles, California 90003, Does 1 to 50, Inclusive,<br><br>　　　　　Defendants. | **Case No.:  CV10-5977 JAK (FFMx)**<br><br>[Assigned to the Hon. John A. Kronstadt, Courtroom 750]<br><br>**JUDGMENT FOR DEFENDANTS**<br><br>*[Concurrently filed with [Proposed] Order Granting Defendants Wells Fargo Bank, N.A.'S And U.S. Bank National Association As Trustee For Citigroup Mortgage Loan Trust 2006-WFHE4's Motion For Summary Judgment]*<br><br>Date:　　　September 26, 2011<br>Time:　　　1:30 p.m.<br>Courtroom:　750 |

On September 26, 2011, the Motion for Summary Judgment filed by Defendants WELLS FARGO BANK, N.A., *erroneously sued as* WELLS FARGO BANK, NA ("Wells Fargo") *and* U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE4, *erroneously sued as* US

BANK NATIONAL ASSOCIATION as trustee for CITI GROUP MORTGAGE ("U.S. Bank") (collectively, "Defendants") came on regularly for hearing before this Court. Edward D. Vaisbort appeared for Defendants. Plaintiffs did not appear.

After considering the moving and reply papers, and all evidence filed in support of Defendants' Motion, arguments of Defendants' counsel, and all other matters presented to the Court, and having duly rendered an Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that Plaintiffs LARRY FAMMILOP and FAUSTINA I KAYODE shall take nothing by way of their First Amended Complaint from Defendants, Plaintiffs' action is DISMISSED WITH PREJUDICE, and Defendants are prevailing parties entitled to recover costs from Plaintiffs.

DATED:  October 19, 2011

_____
The Hon. John A. Kronstadt
United States District Judge